UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,
    Plaintiff,

vs.                                    Case No.: 3:22cv7604/MCR/ZCB

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff is a vexatious litigator with an extensive history of filing frivolous and malicious lawsuits in this District. As a result of that history, on April 22, 2022, District Court Judge M. Casey Rodgers issued an order stating as follows: "Injunctive sanctions are imposed on Plaintiff to the extent that the clerk is directed not to accept any future filings from Plaintiff unless he is represented by counsel or upon obtaining prior leave of court to proceed *pro se*." *Ribbing v. Dep't of Defense, et al.*, Case No. 3:22-CV-00991, Order, Doc. 10 (N.D. Fla. Apr. 22, 2022).

On June 7, 2022, the Clerk of Court received several documents from Plaintiff, including a civil rights complaint and exhibits, motion to proceed in forma pauperis, "Notice to the Clerk," and a letter (which the undersigned liberally

1

construes as a motion requesting leave of court to file a pro se civil action).[1] Plaintiff is not represented by counsel.

The undersigned has reviewed Plaintiff's filings and determined his purported claims are frivolous. Therefore, Plaintiff should not be permitted to proceed with a pro se civil action.

Accordingly, it is respectfully **RECOMMNEDED** that:

1. Plaintiff be **DENIED** leave to file a pro se civil action.

2. The Clerk of Court be directed to close the file.

At Pensacola, Florida, this 15th day of June 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

[1] The documents received by the Court on June 7, 2022 are attached to this Report and Recommendation.