UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,
    Plaintiff,

vs.                                    Case No.: 3:22cv7604/MCR/ZCB

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 15, 2022. (Doc. 1). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 1) is adopted and incorporated by reference in this order.

2. Plaintiff's request to file a pro se civil action based upon his filings received by the Court on June 7, 2022 (attached to the Report and Recommendation) is **DENIED**.

1

3.    The Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**